**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Romell Kidd

      vs                 Case No. C2-10-157

Abbott Laboratories         **Judge Frost**
                                 **Magistrate Judge King**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED.

Date: **April 20, 2011**         James Bonini, Clerk

                                    s/ Scott Miller
                                 By Scott Miller /Deputy Clerk